# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2009

138191

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ROBERT JAMES LEWIS,
   Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138191
COA: 288787
Ionia CC: 07-013832-FH

_____/

On order of the Court, the application for leave to appeal the December 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would remand this case to the Court of Appeals as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009

_____
Clerk